UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>    Plaintiff<br><br>  v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br>6356 Corley Road<br>Norcross, Georgia 30071<br><br>    Defendant. | CASE NO. 1:06-CV-00196 (RCL) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel E. Johnson as counsel in this case for Defendant TSYS Total Debt Management, Inc.

March 27, 2006
Date

D.C. Bar No. 375692
Bar Identification

/s/ Daniel E. Johnson.
Daniel E. Johnson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Notice of Appearance has been served by First Class mail, postage prepaid, this 27th day of March 2006 to:

>Samuel L. Clemmons
>548 Saint Charles Pl.
>Brookhaven, MS 39601

>   /s/ Daniel E. Johnson
>Daniel E. Johnson