UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>    Plaintiff<br><br>  v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br>6356 Corley Road<br>Norcross, Georgia 30071<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 1:06-CV-00196 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel L. Russell Jr. as counsel in this case for Defendant TSYS Total Debt Management, Inc.


March 27, 2006
Date

D.C. Bar No. 491655    /s/ Daniel L. Russell Jr.
Bar Identification      Daniel L. Russell Jr.
           McKenna Long & Aldridge LLP
           1900 K Street, N.W.
           Washington, D.C. 20006
           (202) 496-7500

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance has been served by First Class mail, postage prepaid, this 27th day of March 2006 to:

>Samuel L. Clemmons
>548 Saint Charles Pl.
>Brookhaven, MS 39601

>/s/ Daniel E. Johnson
>Daniel E. Johnson