UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>    Plaintiff<br><br>  v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br>6356 Corley Road<br>Norcross, GA 30071<br>    Defendant. | CASE NO. 1:06-CV-00196 (RCL) |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant TSYS Total Debt Management, Inc.[1] ("TDM") respectfully moves the Court to dismiss the Complaint for failure to state a claim upon which relief can be granted.

Plaintiff's Complaint alleges that TDM violated 18 U.S.C. § 1001. Plaintiff also apparently attempts to state a claim for slander or defamation. As explained in the memorandum of points and authorities in support of this motion, this case should be dismissed for at least two reasons: (1) Plaintiff lacks standing to file a claim under 18 U.S.C.§ 1001, because this provision is a federal criminal statute that does not provide a private right of action; and (2) Plaintiff's claim for slander or defamation, based on statements allegedly made in the year 2000, is barred by the applicable one-year statute of limitations.

Defendant respectfully requests an oral hearing on its motion.

---

[1]   Plaintiff's Complaint incorrectly identified Defendant as "Total Debit Management." The legal name of the Defendant corporate entity is TSYS Total Debt Management, Inc.

A proposed order is attached to this motion.

                Respectfully submitted,

                  /s/ Daniel E. Johnson
                Daniel E. Johnson (No. 375692)
                Daniel L. Russell Jr. (No. 491655)
                McKenna Long & Aldridge LLP
                1900 K Street, N.W.
                Washington, D.C.  20006
                Tel:  (202) 496-7500
                Fax:  (202) 496-7756

                Attorneys for Defendant
                TSYS Total Debt Management, Inc.

March 27, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss has been served by First Class mail, postage prepaid, this 27th day of March 2006 to:

>Samuel L. Clemmons
>548 Saint Charles Pl.
>Brookhaven, MS 39601

>/s/ Daniel E. Johnson
>Daniel E. Johnson