UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TSYS TOTAL DEBT MANAGEMENT, INC. )<br>)<br>Defendant. )<br>) | CASE NO. 1:06-CV-00196 (RCL) |

**<u>ORDER</u>**

Having considered Defendant TSYS Total Debt Management, Inc.'s Motion to Dismiss and supporting memorandum, as well as any opposition thereto, it is hereby

ORDERED that the Motion will be GRANTED.

It is further ORDERED that the Complaint against TSYS Total Debt Management, Inc. be dismissed with prejudice and judgment be entered in favor of Defendant.

It is further ORDERED that the Clerk shall delay entering judgment for at least 30 days, to allow Defendant the opportunity to serve and file a motion under Rule 11 of the Federal Rules of Civil Procedure.

This _____ day of _____, 2006.

                                                                                                    United States District Court Judge

Copies to:

Daniel E. Johnson
Daniel L. Russell Jr.
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601