UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>                Plaintiff<br><br>v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br>6356 Corley Road<br>Norcross, GA 30071<br>                Defendant. | CASE NO. 1:06-CV-00196 (RCL) |

## DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS

I, the undersigned, counsel of record for Defendant TSYS Total Debt Management, Inc., certify to the best of my knowledge and belief, the following are parent companies, subsidiaries, and affiliates of TSYS Total Debt Management, Inc. which have outstanding securities in the hands of the public:

1. Total System Services, Inc.

2. Synovus Financial Corp.

                                                  Respectfully submitted,

                                                  /s/ Daniel E. Johnson
                                                  Daniel E. Johnson (No. 375692)
                                                  Daniel L. Russell Jr. (No. 491655)
                                                  McKenna Long & Aldridge LLP
                                                  1900 K Street, N.W.
                                                  Washington, D.C. 20006
                                                  Tel: (202) 496-7500
                                                  Fax: (202) 496-7756

                                                  Attorneys for Defendant
March 27, 2006                           TSYS Total Debt Management, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Disclosure of Corporate Affiliations has been served by First Class mail, postage prepaid, this 27th day of March 2006 to:

>Samuel L. Clemmons
>548 Saint Charles Pl.
>Brookhaven, MS 39601

>/s/ Daniel E. Johnson
>Daniel E. Johnson