AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

TOTAL DEBIT MANAGEMENT, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00196

CASE JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/3/2006

TO: (Name and address of Defendant)

TOTAL DEBIT MANAGEMENT, INC.
**Attn: Corporate Attorney & HR Director**
6366 Corley Road
Norcross, GA 30091-6700

SERVE:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF                    (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

FEB -3 2006
DATE

RECEIVED

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 3, 2006 |
| NAME OF SERVER (PRINT) SAM L. CLEMMONS | TITLE PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TOTAL DEBT MANAGEMENT, INC. ATTN: CORPORATE ATTORNEY, 6346 CORLEY ROAD, NORCROSS, GA 30091-6700

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: CORPORATE ATTORNEY

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES U.S. POSTAL SERVICE | TOTAL $16.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2006
          Date

Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
           SANDY SPRINGS FINANCE UNIT
                ATLANTA, Georgia
                    303289997
                  1204440024-0098
03/02/2006       (800)275-8777     02:56:36 PM

──────────────── Sales Receipt ────────────────
Product         Sale    Unit        Final
Description     Qty     Price       Price

NORCROSS GA 30091                   $14.40
Express Mail PO-ADD
  7.20 oz.
    Label #:        EQ242463999US
    Next Day 3PM   / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                  ========
              Issue PVI:            $16.25

JACKSONVILLE FL 32207               $14.40
Express Mail PO-ADD
  6.90 oz.
    Label #:        EQ242464019US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                  ========
              Issue PVI:            $16.25

GERMANTOWN TN 38138                 $14.40
Express Mail PO-ADD
  6.80 oz.
    Label #:        EQ242463384US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                  ========
              Issue PVI:            $16.25
                                  ========
Total:                              $48.75

Paid by:
AMEX                                $48.75
   Account #        XXXXXXXXXXXX2006
   Approval #:      502089
   Transaction #:   12
   23 902850395 4104710777


Bill#:  1000201419024
Clerk:  01

— All sales final on stamps and postage. —
    Refunds for guaranteed services only.
          Thank you for your business.
                 Customer Copy
```

22

1

2                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

3  MR. SAM L. CLEMMONS
   548 SAINT CHARLES PL
4  BROOKHAVEN, MS 39601
   1-866-409-7758

5

6                   CIVIL ACTION NO:        CASE NUMBER: 1:06CV00196
                                            JUDGE: ROYCE C. LAMBERTH
7          V                                DECK TYPE: FOIA / PRIVACY
                                                ACT
8  TOTAL DEBIT MANAGEMENT, INC.             DATE STAMP: 02/03/2006
   6366 Corley Road
9  Norcross, GA 30091-6700

10

11

12                          AFFIDAVIT OF SERVICE

13       I, __SAM L. CLEMMONS, PLAINTIFF PRO SE__, hereby declare
    that on the ___2ND___ of ___MARCH___ 20_06_, I mailed
14  a copy of the summons and complaint, certified mail return receipt
                                         __U. CORPORATE ATTORNEY__
15                                                                    ndant's
                                                                       ervice.

16  SENDER: COMPLETE THIS SECTION          COMPLETE THIS SECTION ON DELIVERY
    ■ Complete items 1, 2, and 3. Also complete   A. Signature
17    item 4 if Restricted Delivery is desired.   X _J. Mater_    ☐ Agent
    ■ Print your name and address on the reverse                  ☐ Addressee
      so that we can return the card to you.    B. Received by (Printed Name)   C. Date of Delivery
18  ■ Attach this card to the back of the mailpiece,
      or on the front if space permits.
                                                D. Is delivery address different from item 1?  ☐ Yes
19  1. Article Addressed to:                        If YES, enter delivery address below:      ☐ No
    TOTAL DEBIT MANAGEMENT
20  ATT: CORPORATE ATTORNEY
    6366 CORLEY ROAD
21  NORCROSS, GA 30091-6700         3. Service Type
                                       ☐ Certified Mail    ☑ Express Mail
22                                     ☐ Registered        ☐ Return Receipt for Merchandise
                                       ☐ Insured Mail      ☐ C.O.D.
                                    4. Restricted Delivery? (Extra Fee)    ☐ Yes
23  2. Article Number
       (Transfer from service label)    EQ242463999US ? US
24  PS Form 3811, February 2004         Domestic Return Receipt            102595-02-M-1540

25                                          PH- 866-409-7758

    Sam Clemmons vs. Total Debt Management (Wallace & Demayo), 6366 Corley Road,

    Norcross, Georgia 30091 - 6700.

District Court for the District of Columbia will receive the defendant's testimony along with the affidavit of service. The District Court's Express mail tracking number will be **EQ 242464002 US**.

In closing, since the burden of proof will fall on the defendant (Paul A. Gordon and Management) to prove to the courts that such investigator comments are truthful or not truthful, the plaintiff asks the defendant to provide the court with all the fact documentation stated in this compliant to support defendant's statements made to the federal agent in the defendant's federal investigation testimonies.

If such proof can be provided by the defendant upon a court's order to enter discovery and the defendant have the proper documentation to support all documents provided to the courts such regular counseling statements and the plaintiff length of employment being 90 days or more, then the plaintiff will drop this complaint out right and request this matter to be dismissed.

If the defendants wishes that this civil action cannot be settled out of court, the plaintiff is asking for a civil trial before his peers (jury trial) revealing all the issues along

Sam Clemmons vs. Total Debt Management (Wallace & Demayo), 6366 Corley Road, Norcross, Georgia 30091 - 6700.

nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to support the plaintiff's claim; therefore, case law to consider: *Celotex Corp. v. Catrett*, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. The Defendant Commercial Business Policy Insurance Company under Crime Insurance Policy, provided by the defendant (hereinafter the "Employers' Liability and Fiduciary Duty of the employer or employee", and therefore the defendant has sustained no loss in this action, nor did the plaintiff cause any hurt or harm to the defendant, the defendant caused this action or judgment upon itself (The Employer).

*They say in the end …Good will always triumph over Bad….*

End of Complaint:

*[signature]*
Sam L. Clemmons, Plaintiff Pro Se
548 Saint Charles PL
Brookhaven, MS 39601

CC: www.usps.com for tracking purposes
Total Debt Management, Incorporation;
**Express Mail #: EQ 242463999 US.**

**Mary L. Lee, Paralegal Certified Mail # 7005 0390 0002 2211 2578**

United State District Court of the District of Columbia;
**Express Mail #: EQ 242464022 US**
Records

**Attachment:** Certified true copy of U.S. Federal Investigation Report

Sam Clemmons vs. Total Debt Management (Wallace & Demayo), 6366 Corley Road, Norcross, Georgia 30091 – 6700.



```
RESULTS.

ITEM: 023    INVESTIGATOR'S NOTE                                      SOURCE: 028

  TOTAL DEBT MANAGEMENT PURCHASED WALLACE AND DEMAYO PC. IN 1998.


ITEM: 023                                                             SOURCE: 029
   NAME PAUL A. GORDON, HUMAN RESOURCE MANAGER, TOTAL DEBT MANAGEMENT, 6356
        CORLEY ROAD, NORCROSS, GA

   ISSUE(S) 07A
   PRIMARY ASSOCIATION COWORKER
   AVERAGE EXTENT OF CONTACT REGULAR
   SPAN OF CONTACT EARLY AUGUST 1995 TO LATE SEPTEMBER 1995

   DOES NOT KNOW WELL ENOUGH TO RECOMMEND

   THEY MET WHEN HE BEGAN EMPLOYMENT WITH WALLACE AND DEMAYO (NOW TOTAL
   DEBT MANAGEMENT) AS A COLLECTOR.  GORDON WAS THE HUMAN RESOURCE
   MANAGER.  THEY HAD DAILY CONTACT IN PASSING AT WALLACE AND DEMAYO, BUT
   NO SOCIAL CONTACT.  THEIR CONTACT CEASED WHEN HE WAS TERMINATED FOR
   ATTENDANCE PROBLEMS AND UNSATISFACTORY PERFORMANCE.

   EXTRA COVERAGE UNABLE TO COMMENT - ALL

ITEM: 023    INVESTIGATOR'S NOTE                                      SOURCE: 030
```

ITEM: 030                                                                SOURCE: 037
  NAME TOTAL DEBT MANAGEMENT, 6366 CORLEY ROAD, NORCROSS, GA
  PERSONNEL RECORD
  PROVIDER PAUL A. GORDON, HUMAN RESOURCE MANAGER
  SF RELEASE

ISSUE(S) 07A

  NAME VERIFIED      SSN VERIFIED         DOB VERIFIED        POB NOT SHOWN

  EMPLOYMENT DATES 08/95 - 09/95
  STATUS FULL TIME
  WORKSITE ADDRESS SAME AS SOURCE
  POSITION COLLECTOR
  REHIRE STATUS INELIGIBLE
  EMPLOYMENT STATUS CHANGE
    TERMINATED, PERFORMANCE UNSATISFACTORY AND ATTENDANCE

  TOTAL DEBT MANAGEMENT HAS A NO RE-HIRE POLICY

  HE WAS TERMINATED FOR UNSATISFACTORY PERFORMANCE AND ATTENDANCE
  PROBLEMS. HE RECEIVED A VERBAL WARNING REGARDING PERFORMANCE IN
  AUGUST 1995, NO DAY SHOWN. HE RECEIVED A WRITTEN WARNING REGARDING
  HIS PERFORMANCE, "YOU ONLY WORKED 23 ACCOUNTS IN 1 DAY. PERFORMANCE
  TOTALLY UNACCEPTABLE". HE WAS TERMINATED ON SEPTEMBER 25, 1995, FOR
  UNSATISFACTORY PERFORMANCE AND ATTENDANCE. HE HAD BEEN ABSENT 7 DAYS
  BETWEEN HIS START DATE, AUGUST 1, 1995, AND THE DAY HE WAS TERMINATED.

