UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br><br>       Plaintiff )<br>)<br>vs. )<br>)<br>TOTAL DEBIT MANAGEMENT, INC. )<br>)<br>       Defendant ) | CASE NUMBER: 1:06CV00196<br>JUDGE: ROYCE C. LAMBERTH<br>DECK TYPE: FOIA / PRIVACY ACT<br>DATE STAMP: 02/03/2006<br><br>April 7, 2006 |

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME FOR THE DEFENDANT TO PROVIDE A PROPER ANSWER WITH ALL DOCUMENTS NEEDED FOR COURT SUMMARY JUDGEMENT.

Comes Sam L. Clemmons, Plaintiff Pro Se file this motion in court to be granted to the Defendants to proper response to the courts with **all** documentation needed to justify theirs statements given to the Federal government and the federal investigator and to deny the Defendants' request to dismiss.

The reasons for this request is as follow:
1. The defendant's counsel has provided the Plaintiff with fraudulent documents or facts to the statements at question by express service, but failed to show such response or information were submitted to the courts according to the summon served upon the Defendant

RECEIVED
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. The Defendant has failed to surrender warning action statements of number one and three to support warning action statement # 2. The Plaintiff does acknowledge warning action # 2 and the Plaintiff also acknowledge that this statement was fraud at the time of signing which should have been removed from the Plaintiff's record. Since such was not removed from the Plaintiff's record and the Defendant wishes to use such fraudulent statement against the Plaintiff. The Defendant must justify that such warning notice is not fraud by providing the missing record of one and three to support warning statement # 2 with both the Plaintiff and the Plaintiff's first line supervisor signatures.

3. The Defendant's documents provided to the Plaintiff under the Freedom of Information Act are ones to attempt to mislead the courts or a jury. The Plaintiff is requesting the complete file under the Freedom of Information Act. Such as application, job duties and description, employee handbook and termination papers showing the Plaintiff's' signature.

4. If the Defendant is in need of more time to gather and provide to the courts such warning actions one, third and final actions given and administrated upon the Plaintiff

Sam Clemmons vs. Total Debt Management (Wallace & Demayo), 6366 Corley Road, Norcross, Georgia 30091 - 6700.

with the Plaintiff and the Plaintiff's first line supervisor signatures to showcase the original date of termination. The Defendant is still within such time frame to response until May 3rd to comply with the summons served upon the Defendant.

5. The Defendant has failed to provide the courts with time cards or pay vouchers to show the Plaintiff being <u>absent</u> from work without pay according to the federal agent's statement.

6. The Defendant failed to provide to the courts with counseling statements administrated upon the Plaintiff that shows discussion of tardiness by the Plaintiff's first-line supervisor that if the Defendant wishes or attempts to use such time sheets as their defense.

7. The Defendant failed to provide the courts with a policy showing a <u>fifteen-minute</u> window upon reporting to work.

8. The Defendant failed to gather and provide documentation to show employment of 90 days or more. To justify their rights to hold and maintain a file on the Plaintiff and to justify theirs actions to give out true or false information as if the Plaintiff was a career and full time employee with major benefits.

9. The Defendant failed to provide to the courts with the Plaintiff's job description, duties and responsibilities

as stated by the Plaintiff's first-line supervisor statements with signatures to justified documents to show the Plaintiff and the first line supervisor.

10. The Defendant failed to provide to the courts with a sworn statement under oath from Paul Gordon expressing, stating and describing the Plaintiff to justify Mr. Paul Gordon's statements to the federal agent of knowing and very knowledgeable of the Plaintiff among 200 or more employees.

The Plaintiff states and express to the courts in additional to the ten failure stated above expressing to the courts why this case should not be dismissed. In additional, the Plaintiff file a second **MOTION** in court today requesting to enter discovery to support this response to the court order dated March 28, 2006 with the Plaintiff receiving it by United States Postal Mail dated April 7, 2006.

### SECOND MOTION REQUEST

The Plaintiff, Pro se file this second motion requesting to enter discovery for the record for the judge to examine the Plaintiff's facts to be used when completing the summary judgement.

Sam Clemmons vs. Total Debt Management (Wallace & Demayo), 6366 Corley Road, Norcross, Georgia 30091 - 6700.

Exhibits being submitted at this time to enter discovery are:

1. <u>Exhibit # 1</u>: Two pages show certified mail documents provided by the Office of Personnel Management dated July 11, 2005 with attached confirmation of <u>7004 1160 0005 0897 0884</u> and documents dated August 10, 2005 with attached confirmation of <u>7003 1010 0001 3719 4054</u>.

2. <u>Exhibit # 2</u>: One page that show check stubs showing time and hours worked at the Defendant's place of business. This should show the jury that no days were ever missed. The only place the Plaintiff was absent from was from the Plaintiff's home.

3. <u>Exhibit # 3</u>: Eight pages that show the Plaintiff's job performance and attendance. Since the Defendant wishes to leave out required and requested documents of one and three. The Plaintiff has intentionally blackened out the date and other information but left other visible information to show the courts that these documents are truthful under the Freedom of Information Act.

4. <u>Exhibit # 4</u>: One mini cassette tape recording of the Defendant's statements and actions taken on August 1, 2005. The tape recording is the recording of Mr. Paul Gordon and the investigator's conversations dated August 1, 2005. After Mr. Gordon review and listen to such

exhibit (tape recording). Mr. Paul Gordon should submit a statement under oath explaining why his testimonies changed in wording and expression from his initial statement Mr. Gordon claimed he gave to the federal agent in the year of 2000 is not accurate and correct.

5. <u>Exhibit 5</u>: The Defendant's eight pages of information sent to the Plaintiff and not to the courts to threaten or intimidate the Plaintiff to dismiss such lawsuit by Monday, March 20th, 2006.

This concludes the Plaintiff's MOTION requests not to dismiss and Plaintiff's requests MOTION to enter discovery. The Defendant should have until <u>May 3, 2006</u> to provide the court with documentation to support their actions or stance against the Plaintiff's action before the courts.

END OF MOTIONS REQUEST:

The Plaintiff

Respectfully submitted,

*[signature]* , PLAINTIFF PRO SE

Sam Clemmons, Plaintiff Pro Se

Attachments: Plaintiff's Consent request for a jury trial
Plaintiff's Initial Electronic Case Filing Order

## CERTIFICATE OF SERVICE

I certify that on this 7th day of April 2006 a copy of the foregoing has been served by first-class mail; and Express Mail to the following listed below.

### Express Mail

**Office of the Clerk**
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001
**Express Mail #** EQ 242463985 US

### **** Regular Mail Services

### Defendant's Attorney

McKena Long & Aldridge
1900 K Street, NW
Washington, DC 20006

*Certified Mail # 7005 1820 0003 55083335*

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

April 7, 2006
Date

Sam L. Clemmons,
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

First Name/Middle Initial/Last Name   SAM L CLEMMONS

Last four digits of Social Security Number   6671

DC Bar ID#.   _____

Firm Name   _____

Firm Address   548 SAINT CHARLES PL, BROOKHAVEN, MS 39601

Voice Phone Number   866-409-7758

FAX Phone Number   425-944-7024

Internet E-Mail Address   SLCLEM@EARTHLINK.NET OR SLCLEM@BELLSOUTH.COM

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.   This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.   Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM CLEMMONS )
)
V. ) Civil Action No. 06 0196 RCL
TOTAL DEBT MANAGEMENT, )
INC. )
_____ )
Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____       7 April 2006
Attorney for the Plaintiff(s)                     Date


_____       _____
Attorney for the Defendant(s)                    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____       _____
United States District Judge                     Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

The Pervious Issue Page or Pages

Has Been

## Validated

as

# FRAUD

The following pages behind this page is evidence of **FRAUD**

**Attention:** Some information maybe

withheld for further processing and presentation at a later date

Total number of pages are: _8 /2_