# Freedom of Information and Privacy Acts



## Federal Bureau of Investigation

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

---

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

7004 1160 0005 0897 0884

CERTIFIED MAIL

PRESORTED
FIRST CLASS

Hasler
$11.40⁰
07/11/2005
US POSTAGE

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FPO
Boyers, PA 16018
OFFICIAL BUSINESS

7003 1010 0001 3719 4054

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

**TAG: EXHIBIT**

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs ceremonies to protects their rights to rebuttal and defend any actions.

That's the law!

Item: 30 (**FRAUD**)

NAME: TOTAL DEBT MANAGEMENT, 6366 CORLEY ROAD, NORCROSS, GA

PERSONNEL RECORD
PROVIDER: PAUL A. GORDON, HUMAN RESOURCE MANAGER
SF RELEASE

**Issue(s) 07A**

EMPLOYMENT DATES    80/95 - 09/95
STATUS: FULL TIME
WORKSITE ADDRESS: SAME AS SOURCE
POSITION: COLLECTOR
REHIRE STATUS INELIGIBLE
EMPLOYMENT STATUS CHANGE
    TERMINATED, PERFORMANCE UNSATISFACTORY AND ATTENDANCE

**CLEMMONS' RESPONSE**

This section of the report is FRAUD either on the employer or by the investigator conducting this investigation. Information has been verified and will be withheld until all information has been released.

I have to question anyone work policy to the fact and point out that how can anyone work for anyone and be absent for 7 days between his or her start date while only working for a period of one month. What is a probationary period? What is the policy for missing any time from work during such period one is under probation?

This comment that such person provided the investigator is not true and constitute FRAUD and deformation.

Therefore, evidence will be provide to contradict this portion of the investigation.

Item 30, Issues 07A is **FRAUD**.