COURT'S COPY    CASE NUMBER: 1:06CV00196

**WALLACE & DE MAYO, P.C.**    CHECK NO.

EMPLOYEE    CLEMMONS, SAMUEL

| | HOURS | | | | | | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | |
| 999 | .00 | .00 | .00 | 415.33 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HOURS | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.52 | | | 40.52 | | | | | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| | | | | | | 415.33 |
| FICA | STATE W/H TAX | UNION | | | | TOTAL TAXES W/H |
| 31.77 | 0.00 | .00 | | | .00 | 31.77 |
| FEDERAL W/H TAX | OTHER ST. TAX | LOAN | | | | TOTAL OTHER TAXES |
| .00 | .00 | .00 | | | .00 | .00 |
| | CITY W/H TAX | GARNISH | | | | TOTAL VOL. DED. |
| | .00 | .00 | | | .00 | .00 |

| PAY PERIOD | | | YEAR TO DATE | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 07/28/95 | GROSS | 415.33 | FED W/H TAX | .00 | OTHER ST. TAX | .00 | 383.56 |
| 08/11/95 | FICA | 31.77 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | |

Regular rate:

---

**WALLACE & DE MAYO, P.C.**    CHECK NO. 008982

EMPLOYEE    CLEMMONS, SAMUEL

| | HOURS | | | | | | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | |
| 999 | .00 | .00 | .00 | 947.82 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HOURS | OVERTIME | HOLIDAY | SPECIAL | | |
| 92.47 | | | 92.47 | | | | | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| | | | | | | 947.82 |
| FICA | STATE W/H TAX | UNION | | | | TOTAL TAXES W/H |
| 72.50 | 15.20 | .00 | | | .00 | 110.97 |
| FEDERAL W/H TAX | OTHER ST. TAX | LOAN | | | | TOTAL OTHER TAXES |
| 23.27 | .00 | .00 | | | .00 | .00 |
| | CITY W/H TAX | GARNISH | | | | TOTAL VOL. DED. |
| | .00 | .00 | | | .00 | .00 |

| PAY PERIOD | | | YEAR TO DATE | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 08/12/95 | GROSS | 1,363.15 | FED W/H TAX | 23.27 | OTHER ST. TAX | .00 | 836.85 |
| 08/29/95 | FICA | 104.27 | STATE W/H TAX | 15.20 | CITY W/H TAX | .00 | |

Regular rate:

---

**WALLACE & DE MAYO, P.C.**    CHECK NO. 009127

EMPLOYEE    CLEMMONS, SAMUEL

| | HOURS | | | | | | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | |
| 999 | .00 | 8.00 | .00 | 597.27 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HOURS | OVERTIME | HOLIDAY | SPECIAL | | |
| 58.27 | | | 66.27 | | 82.00 | | | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| | | | | | | 679.27 |
| FICA | STATE W/H TAX | UNION | | | | TOTAL TAXES W/H |
| 51.96 | 2.25 | .00 | | | .00 | 54.21 |
| FEDERAL W/H TAX | OTHER ST. TAX | LOAN | | | | TOTAL OTHER TAXES |
| .00 | .00 | .00 | | | .00 | .00 |
| | CITY W/H TAX | GARNISH | | | | TOTAL VOL. DED. |
| | .00 | .00 | | | .00 | .00 |

| PAY PERIOD | | | YEAR TO DATE | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 08/30/95 | GROSS | 2,042.42 | FED W/H TAX | 23.27 | OTHER ST. TAX | .00 | 625.06 |
| 09/13/95 | FICA | 156.23 | STATE W/H TAX | 17.45 | CITY W/H TAX | .00 | |

Regular rate:

---

**WALLACE & DE MAYO, P.C.**    CHECK NO. 010105

EMPLOYEE    CLEMMONS, SAMUEL

| | HOURS | | | | | | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | |
| 999 | 1.32 | .00 | .00 | 636.53 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HOURS | OVERTIME | HOLIDAY | SPECIAL | | |
| 62.10 | | | 63.42 | 20.30 | | | | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| | | | | | | 656.83 |
| FICA | STATE W/H TAX | UNION | | | | TOTAL TAXES W/H |
| 50.24 | 1.58 | .00 | | | .00 | 51.82 |
| FEDERAL W/H TAX | OTHER ST. TAX | LOAN | | | | TOTAL OTHER TAXES |
| .00 | .00 | .00 | | | .00 | .00 |
| | CITY W/H TAX | GARNISH | | | | TOTAL VOL. DED. |
| | .00 | .00 | | | .00 | .00 |

| PAY PERIOD | | | YEAR-TO-DATE | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 09/14/95 | GROSS | 2,699.25 | FED W/H TAX | 23.27 | OTHER ST. TAX | .00 | 605.31 |
| 09/27/95 | FICA | 206.47 | STATE W/H TAX | 19.03 | CITY W/H TAX | .00 | |