

# WAM FINAL DEMAND
# COLLECTOR OF THE MONTH

This certificate is awarded to

## SAM CLEMMONS

In recognition of your valuable contribution for the Month of

FOCUS RECEIVABLES MANAGEMENT, LLC

Signature _____  Date _____

Signature _Greg A-Baker_  Date _7/1/_

### MICHAEL J. SCOTT

Sam,

Wow! What an incredible month — 32 CP's. Your hard work and dedication are greatly appreciated.

Thank you

"The challenge is to take our talents to their highest level"

# AMERICA COMMENDATION 

### Sam Clemmons
CUSTOMER ADVOCATE

 13,  ⬛    |    Atlanta TACS
DATE    |    DEPARTMENT

## IT IS ALWAYS THE THOUSANDS OF LITTLE THINGS DONE RIGHT THAT ADD UP TO THE UNASSAILABLE ADVANTAGE

Charles Nyberg wanted to thank Sam for for his great attitude and enthusiasm. He explained that he recently was banking with other credit cards and decided to start using ⬛ because of the great things that he heard. Now after speaking with Sam, Mr. Nyberg said, "I'm sure I made the right decision!" Thank you Sam for your commitment to the Customer!

Mr. Nyberg

*Well done! Andy*

*Sam - Way to Go! Deb*

*Awesome job! Keshia S.*

*Sam - Great job! [signature]*

182-12-27

# AMERICA
# COMMENDATION

**Sam Clemmons**
CUSTOMER ADVOCATE

■ 8, ■                    Atlanta TACS
DATE                      DEPARTMENT

IT IS ALWAYS THE THOUSANDS OF LITTLE THINGS
DONE RIGHT THAT ADD UP TO THE UNASSAILABLE ADVANTAGE

Mrs. Allen wanted to make a special note of the excellent Customer satisfaction Sam provided her. I was able to understand and assist Mrs. Allen because of the comments Sam documented, however she insisted on speaking with Sam. Mrs. Allen stated, "Sam was great. He really took the time to listen to my concerns and resolve them." Thank you, Sam, for being such a positive representation of the team and ■

Mrs. Allen

182-12-34

# AMERICA
# COMMENDATION



### Sam Clemmons
CUSTOMER ADVOCATE

 19, ▇▇▇      *Atlanta TACS*
DATE                         DEPARTMENT

### IT IS ALWAYS THE THOUSANDS OF LITTLE THINGS DONE RIGHT THAT ADD UP TO THE UNASSAILABLE ADVANTAGE

*Bettye Copeland wanted to take time to thank Sam for his great attitude and enthusiasm. She explained that she works in Customer service and knows what a true asset a great attitude like Sam's is. She described how Sam took time to explain every option she has with ▇▇▇▇ and she now looks forward to all her future interactions when calling in. Thank you Sam, for making the unassailable difference!*

Sam... Awesome Job! Tiffany

Well done! Troy

Great job! Jessica

Sam- Way to go! John

**Ms. Copeland**

Sam- Nice work! Hal

182-12-27



# AMERICA COMMENDATION

**Sam Clemmons**
CUSTOMER ADVOCATE

17, ▮▮▮ — Atlanta TACS
DATE — DEPARTMENT

## IT IS ALWAYS THE THOUSANDS OF LITTLE THINGS DONE RIGHT THAT ADD UP TO THE UNASSAILABLE ADVANTAGE

Mr. Claiborne Sanders wanted to commend Sam for his excellent Customer service. After waiting on the phone for a long time, Sam resolved his concern immediately. Mr. Sanders stated, he is so happy now he wants to buy ▮▮▮ stock. Thank you, Sam, for always putting the customer first and meaning it.

*Thanks!*
*Tiffany*

**Mr. Claiborne Sanders**

*Thanks!*
*Joshua*



Marketing Systems, Inc.

Georgia

7,

Sam:

On behalf of the Atlanta TACS management team, we would like to congratulate you on your achievement of maintaining perfect attendance during the month of ▓▓▓▓. You set an example for your peers to follow by demonstrating your commitment to the Price of Admission. Thank you for your dedication and commitment to success.

Sincerely,

Barry Simmons
Senior Vice President


Kelly Velasco
Vice President


*The Price Of Admission:*

*Showing up, liking people, doing our jobs conscientiously, treating others as we expect to be treated, being forthright, and thinking things through.*



Marketing Systems, Inc is a subsidiary of



███ Marketing Systems, Inc.

███ Georgia ███

███ 15 ███

Sam Clemmons:

On behalf of the Atlanta TACS management team, we would like to congratulate you on your achievement of maintaining perfect attendance during the month of ███. You set an example for your peers to follow by demonstrating your commitment to ███ Price of Admission. Thank you for your dedication and commitment to success!

Sincerely,

Andrew Robinson
Senior Vice President

Keshia Shepherd
Assistant Vice President

*The Price Of Admission:*

*Showing up, liking people, doing our jobs conscientiously, treating others as we expect to be treated, being forthright, and thinking things through.*



███ Marketing Systems, Inc. is a subsidiary of ███

140-12-104