## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SAM L. CLEMMONS** | |
| Plaintiff(s), | |
| vs. | **Civil Case No. 06-196 (RCL)** |
| **TOTAL DEBIT MANAGEMENT, INC.** | |
| Defendant(s). | |

## NOTICE REGARDING EXHIBIT

This Notice serves as notification that Exhibit number 4 is a microcassette tape and it is in the Clerk's Office available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk