# McKenna Long
# & Aldridge LLP
Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

San Diego

San Francisco

Washington, DC

Brussels

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

DANIEL L. RUSSELL JR.
(202) 496-7424

EMAIL ADDRESS
drussell@mckennalong.com

March 15, 2006

**BY FEDERAL EXPRESS**

Mr. Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601

Re:     *Clemmons v. Total Debit Management, Inc.*, No. 1:06CV00196 (D.D.C.)

Dear Mr. Clemmons:

This firm represents TSYS Total Debt Management, Inc. ("TDM") in the above-referenced case. We have reviewed the complaint that you filed against TDM in the United States District Court for the District of Columbia. As explained below, the allegations in the complaint have no basis whatsoever in law or in fact. Therefore, we respectfully request that you withdraw the complaint and voluntarily dismiss the lawsuit. After reviewing this letter, please confirm by Monday, March 20 that you will dismiss the lawsuit. If you do not dismiss the case, we are prepared to ask the court, among other things, to dismiss the case and require you to pay, out of your own pocket, the attorney's fees and expenses incurred by TDM in responding to your frivolous lawsuit.

Your complaint against TDM attempts to allege, at most, two separate causes of action. On its face, the complaint alleges that TDM is liable for violation of a federal statute, 18 U.S.C. § 1001, based on statements made during the year 2000. In addition, although not directly stated, you appear to allege that TDM is also liable for slander or defamation, based on the same statements made in 2000. As explained below, even if your characterization of the underlying facts was accurate, you cannot possibly recover under the law for either of these claims. Furthermore, as explained below and as set forth in the enclosed documents, your characterization of the facts is plainly wrong.

First, you allege that TDM violated a federal criminal statute, 18 U.S.C. § 1001. However, only the government can bring a claim under this statute. Private individuals such as yourself cannot bring a claim under 18 U.S.C. § 1001. As one court has explained, "[A private individual] lacks standing to sue [a private entity] for making false statements to the government under 18 U.S.C. § 1001. Nothing in that criminal statute provides for a private right of action or provides civil remedies for a private person affected by any such statements. Only the government may prosecute a defendant for this crime." *Daniels v. American Postal Worker*

Mr. Samuel L. Clemmons
March 15, 2006
Page 2

*Union*, 167 F. Supp. 2d 999, 1003 (N.D. Ill. 2001). In other words, even if TDM had violated 18 U.S.C. § 1001 (which it has not), only the government could file suit against TDM under the statute. As a private individual, you simply have no legal basis for filing suit under 18 U.S.C. § 1001.

Second, the complaint alleges that an employee of TDM made "slanderous, derogatory comments" during a "federal investigation dated July 05, 2000 through July 11, 2000." Even if TDM had defamed or slandered you (which it did not do), the statute of limitations for filing this claim has long expired. Under the laws of Georgia, Mississippi, and the District of Columbia, the statute of limitations for defamation is one year. *See* Ga. Code Ann. § 9-3-33; Miss. Code Ann. § 15-1-35; D.C. Code § 12-301(4). The one year statute of limitations begins to run "when the defamatory statement is published," meaning when the statement is made to a third party. *Clark v. Clark*, 969 F. Supp. 1319, 1327 (S.D. Ga. 1997) (applying Georgia law); *see also Lane v. Strang Communications Co.*, 297 F. Supp. 2d 897, 900 (N.D. Miss. 2003) (applying Mississippi law and explaining "the one year limitations period in defamation actions begins to run on the date the allegedly defamatory material is first published to a third person or to the public at large"); *Wallace v. Skadden, Arps, Slate, Meagher & Flom*, 715 A.2d 873, 882 (D.C. 1998) (applying D.C. law and holding same). Therefore, even if you had a claim for defamation or slander based on the statements described in the complaint, which you do not, the statute of limitations for that claim began running in July of 2000, when the alleged defamatory statements were made. The limitations period for this claim expired in July of 2001—almost five years ago, so the claim is barred. In short, it is far too late for you to bring any such claim against TDM.

Let us also assure you, however, that the information TDM provided to the Federal investigator was accurate. I have enclosed several documents that demonstrate this.

First, I have enclosed (at Tab A) a written warning issued to you on September 21, 1995. You signed this written warning on September 21, 1995. Your signature is under the statement: "I have read this Employee Warning Notice and understand it." Despite what you now assert in your complaint, this written warning shows that you were informed that your work performance was "totally unacceptable." The written warning also shows that this was the second warning that you received regarding your work quality. Furthermore, the written warning notes that you had only worked 23 accounts during an eight hour period. Finally, the written warning states that the "next violation will result in more serious action up to and including termination."

Second, I have enclosed (at Tab B) timekeeper reports reflecting the days and times you worked (and failed to work) while employed at Wallace and Demayo. In your complaint, you allege that you were not absent from work repeatedly during the time period of your employment, in August and September 1995. These time sheets, however, show that you were in fact absent on many dates during these two months.

Thus, the information that TDM provided to the Federal investigator was completely accurate and was fully documented in TDM's files long before the investigation. Furthermore, if you continue to pursue this litigation, you should be aware that all of the records regarding your

Mr. Samuel L. Clemmons
March 15, 2006
Page 3

poor job performance will be discoverable and will become part of the public record and, hence, available to anyone, including future prospective employers.

In sum, you have no basis in law or fact to pursue this lawsuit against TDM. While we sympathize with your apparent frustration with the actions you say the government took against you, you are suing the wrong party. If you proceed with this baseless claim, you will only waste the time and resources of the federal district court and TDM. Indeed, the company has already spent significant resources to retain counsel, collect the enclosed documents, and respond to your complaint in this letter.

For all of the above reasons, please withdraw your complaint and voluntarily dismiss the action against TDM. Please provide written notice to me if you intend to dismiss the case by no later than Monday, March 20, 2006. If you refuse to do so, TDM is prepared to ask the court to require you to reimburse TDM, out of your own pocket, for all of its costs and fees, including its attorney's fees, under Federal Rule of Civil Procedure 11.

Very truly yours,

Daniel L. Russell Jr.

Enclosures

cc:    Daniel E. Johnson, Esq.

Employee Name _Sam Clemmens_    Date of Warning _9 / 21 / 95_

Employee/Payroll Number _____    Department _Carly Out_ Shift _____

## TYPE OF VIOLATION

| ATTENDANCE | | CARELESSNESS | | INSUBORDINATION | |
|---|---|---|---|---|---|
| LATENESS/EARLY QUIT | | REFUSAL TO WORK OVERTIME | | SAFETY | |
| UNAUTHORIZED ABSENCE FROM WORK AREA | | WILLFUL DAMAGE TO MATERIAL/EQUIPMENT | | WORKING ON PERSONAL MATTERS | |
| WORK QUALITY | | OTHER | ✓ | | |

| | ORAL | WRITTEN | DATE | BY WHOM | |
|---|---|---|---|---|---|
| 1st WARNING | | | | | ? |
| 2nd WARNING | | ✓ | | C. Harris | |
| 3rd WARNING | | | | | ? |

## EMPLOYER STATEMENT

_Daily Performance - Per Daily Activity Report only 23 accounts was worked in 8 hour period. This performance is totally unacceptable. Next infraction will result in more serious action up to and including, termination_

Disciplinary Action ____ No ____ Yes

## EMPLOYEE STATEMENT

____ I concur with Employer's statement.
____ I disagree with Employer's description of violation.

The reasons are: _____
_____
_____

Employee's Signature _____  Date _____

Describe: _____
_____

I have read this Employee Warning Notice and understand it.

_Sam Clemmens_    Date _9 / 21 / 58_
Signature of Employee

_Cindrel H. Harris_    Date _9 / 21 / 95_
Signature of Supervisor Who Issued Warning

_Rene Herbert_    Date _9 / 21 / 95_
Signature of Next Level of Supervision

## ROUTING _____ _____
_____ _____
_____ _____
_____ _____

____ Employee refused to sign this form.

Signature of Supervisor _____    Date _____

Signature of Witness _____    Date _____

REMOVE PENCIL™   Call toll free 1-800-999-9111 to reorder Friendly Form™ #AFI-0518   © 1958 G. Neil Companies, P.O. Box 350645, Ft. Lauderdale, FL 33335   Printed in U.S.A.

```
---------------------------------------------------------------------------

CLEMMONS, SAMUEL                    999        251        GENERAL 1
     ID      IN  DEPT          OUT    ID IN  DEPT      OUT        TOTALS
Thu 08/03  801a*U            1010a   B 1027a*L        1202p
       M   109p               307p   B  324p*L         504p    7.87    7.87
Fri 08/04  801a*U            1011a   B 1026a          1200p    3.98   11.85
Sun 08/06  902a*U            1110a   B 1120a          1251p    3.82   15.67
Mon 08/07  306p*U             503p   B  518p           812p
       B   826p              1001p                             6.92   22.58
Tue 08/08  209p*U             413p   B  430p*L         602p
       M   707p               904p   B  906p          1007p    6.85   29.43
Wed 08/09  304p*U             606p   B  624p*L        1000p    6.88   36.32
Fri 08/11  800a*U            1006a   B 1021a          1212p    4.20   40.52
  Add Punch      98 08/07    503p
```

WALLACE AND DEMAYO, PC
PUNCH DETAIL REPORT                          08/14/95  157p  Page 51
07/28/95 -> 08/11/95
All departments, all classes, all Timekeepers

```
WALLACE AND DEMAYO, PC
PUNCH DETAIL REPORT
08/12/95 -> 08/29/95                              08/30/95  338p  Page 50
All departments, all classes, all Timekeepers

    -------------------------------------------------------------------------

CLEMMONS, SAMUEL                    999        251      GENERAL 1
      ID      IN  DEPT        OUT   ID IN  DEPT     OUT        TOTALS
  Mon 08/14  303p*U          514p   M  539p*S      836p
        B    845p           1008p                          6.67    6.67
  Tue 08/15  103p*U          305p   B  317p        514p
        M    622p           1002p                          7.85   14.52
  Wed 08/16  307p*U          506p   B  518p        704p
        B    722p*L         1006p                          6.93   21.45
  Thu 08/17  107p*U          304p   M  336p*S      602p
        M    658p           1000p                          7.42   28.87
  Fri 08/18  958a*U         1205p   B 1216p        110p
        M    211p            500p                          6.02   34.88
  Sun 08/20  859a*U         1102a   B 1117a        101p    4.03   38.92
  Mon 08/21  257p*U          520p   B  539p*L     1001p    7.00   45.92
  Tue 08/22 1258p*U          503p   M  609p       1003p    7.98   53.90
  Wed 08/23  159p*U          446p   B  506p*L     1002p    7.97   61.87
  Thu 08/24  108p*U          301p   B  317p*L      525p
        M    631p            901p                          6.77   68.63
  Fri 08/25 1003a*U         1204p   B 1216p        203p
        M    304p            503p                          5.98   74.62
  Sat 08/26  907a*U         1002a   B 1017a       1202p    2.92   77.53
  Mon 08/28  301p*U          502p   B  521p*L     1001p    6.93   84.47
  Tue 08/29  100p*U          600p   M  700p       1000p    8.00   92.47
   Add Punch        98 08/14  845p
   Add Punch        98 08/29  100p
   Add Punch        98 08/29  600p
   Add Punch        98 08/29  700p
   Add Punch        98 08/29 1000p
```

WALLACE AND DEMAYO, PC
PUNCH DETAIL REPORT
Previous pay period                    09/14/96  433p  Page 40
All departments, all classes, all Timekeepers


Wed 09/13  400p              900p*E                    5.00  69.93
  Add Punch      98 08/31  400p
  Added Hours    98 09/04  800a HOLIDAY   [Home]    8.00


CLEMMONS, SAMUEL              999        251        GENERAL 1
   ID    IN DEPT        OUT     ID IN DEPT     OUT      TOTALS
Wed 08/30  905a        1004a   B 1019a        1203p
       M  113p          304p   B  319p         502p    7.78   7.78
Thu 08/31  807a*L      1208p   M  110p         310p
       B  326p*L        501p                           7.85  15.63
Fri 09/01 1000a        1202p   B 1219p*L       207p
       M  319p*L        500p*E                         5.77  21.40
Tue 09/05  106p*L       308p   B  322p         403p
       M  508p         1001p                           7.83  29.23
Wed 09/06  112p*L       331p   B  345p         404p
       M  506p         1003p                           7.82  37.05
Mon 09/11 1259p         309p   B  329p*L       504p
       M  613p          901p*E                         6.78  43.83
Tue 09/12  103p         316p   B  326p         408p
       M  508p          903p*E                         7.00  50.83
Wed 09/13  839a*E      1042a   B 1057a        1204p
       M  106p          507p*E                         7.43  58.27
Added Hours    98 09/04  800a HOLIDAY   [Home]    8.00

-------------------------------------------------------------------

```
CLEMMONS, SAMUEL              999        251        GENERAL 1        0
   IC     IN  DEPT      OUT    IC IN DEPT       OUT       TOTALS
Thu 09/14  259p          501p   B 517p*L       901p*E  6.00    6.00
Fri 09/15  804a         1024a   B 1059a        103p*E  5.07   11.07
Sat 09/16  812a*L       1202p*E                        3.83   14.90
Sun 09/17  933a*E        102p*E                         3.48   18.38
Mon 09/18  901a         1011a   B 1024a        402p
        M  513p*L        704p   M  737p*G       903p*L 11.30   29.68
Tue 09/19  446p          900p*E                         4.00   33.68
Wed 09/20  302a         1003a   B 1019a*L      1203p
        M  110p          501p                           7.85   41.53
Thu 09/21  204p          401p   B 413p*L       702p
```

WALLACE AND DEMAYO, PC
PUNCH DETAIL REPORT
Previous pay period                      09/28/95  324p  Page 41
All departments, all classes, all Timekeepers

```
        B  714p          902p*E
Fri 09/22  809a*L       1007a   B 1025a*L                6.93   48.47
Sat 09/23  800a         1202p*E             1207p*E  3.92   52.38
Mon 09/25 1259p          315p   B  331p*L                4.03   56.42
        M  510p          905p*E             406p
Add Punch      98 09/23  800a                           7.00   63.42
Delete Punch   98 09/23  932a
```