UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, Plaintiff v. TSYS TOTAL DEBT MANAGEMENT, INC. Defendant. | CASE NO. 1:06-CV-00196 (RCL) |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

The Court should deny Plaintiff's Motion for Enlargement of Time. Plaintiff gives no reason why he cannot file a timely response to Defendant's Motion to Dismiss as required by this Court's March 28 Order and Fed. R. Civ. P. 12. Nor does he indicate that, given any amount of time, he can cure any of the defects in his Complaint.

To the extent Plaintiff's Motion is an effort to respond to the Motion to Dismiss, that effort fails. The documents Plaintiff attaches to his Motion are irrelevant to the legal issues presented in TDM's motion (i.e., whether a private right of action exists under 18 U.S.C. § 1001, and whether the statute of limitations for defamation bars Plaintiff's claims). In fact, many of the documents that Plaintiff attaches have nothing to do with his allegations against TDM, but instead appear to relate to Plaintiff's performance for other employers.

Plaintiff seems to suggest that he wants to compel discovery from Defendant. See Pl.'s Mot. at 1-4. Of course, any discovery is irrelevant to the pending Motion to Dismiss. *See, e.g., E.E.O.C. v. St. Francis Xavier Parochial School*, 117 F. 3d 621, 624 (D.C. Cir. 1997). Moreover, there are no pending discovery requests and, in any event, discovery would be

premature.  *See* Fed. R. Civ. P. 26(d).   Accordingly, the Court should deny Plaintiff's Motion for Enlargement of Time and grant Defendant's Motion to Dismiss.

                              Respectfully submitted,

                                /s/ Daniel L Russell Jr.
                              Daniel E. Johnson (No. 375692)
                              Daniel L. Russell Jr. (No. 491655)
                              McKenna Long & Aldridge LLP
                              1900 K Street, N.W.
                              Washington, D.C.  20006
                              Tel:  (202) 496-7500
                              Fax:  (202) 496-7756

                              Attorneys for Defendant
                              TSYS Total Debt Management, Inc.

April 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Opposition to Plaintiff's Motion for an Enlargement of Time has been served by First Class mail, postage prepaid, this 17th day of April 2006 to:

> Samuel L. Clemmons
> 548 Saint Charles Pl.
> Brookhaven, MS 39601

>  /s/ Daniel L. Russell Jr.
> Daniel L. Russell Jr.