UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, | ) |
| Plaintiff | ) |
| v. | ) CASE NO. 1:06-CV-00196 (RCL) |
| TSYS TOTAL DEBT MANAGEMENT, INC. | ) |
| Defendant. | ) |

**ORDER**

Having considered Plaintiff Samuel L. Clemmons's Motion for an Enlargement of Time and Defendant's opposition thereto, it is hereby

ORDERED that Plaintiff's Motion for an Enlargement of Time is DENIED.

This _____ day of _____, 2006.

_____
United States District Court Judge

Copies to:

Daniel E. Johnson
Daniel L. Russell Jr.
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601