# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO:

CASE NUMBER: 1:06CV00196
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/03/2006

V

TOTAL DEBIT MANAGEMENT, INC.
6366 Corley Road
Norcross, GA 30091-6700

## AFFIDAVIT OF SERVICE

I, **Sam Clemmons**, hereby declare that on the 8th Day of April 2006, I mailed a certified true copy of the PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME FOR THE DEFENDANT TO PROVIDE A PROPER ANSWER WITH ALL DOCUMENTS NEEDED FOR COURT SUMMARY JUDGEMENT. By **certified first class mail with a return receipt # 7005 1820 0003 5508 3335** copy of the summons and complaint, certified mail return receipt requested, to the Defendant's counsel McKenna, Long, & Aldridge. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MCKENNA LONG & ALDRIDGE
1900 K. STREET NW
WASHINGTON, DC 20006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Andre Foster
C. Date of Delivery: 4/10/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7005 1820 0003 5508 3335

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT