UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>        Plaintiff<br><br>        v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO.  1:06-CV-00196 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Motion Request to Subpoena Duces Tecum After Motion Request to Enter Discovery But Before Summary Judgment Has Been Entered ("Plaintiff's Motion") [13], and Defendant's opposition thereto, the Court being of the opinion that the Motion should be denied, it is hereby

ORDERED that Plaintiff's Motion [13] is DENIED.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

Copies to:

Daniel E. Johnson
Daniel L. Russell Jr.
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601