UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>        Plaintiff<br><br>        v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC.<br><br>        Defendant. | CASE NO. 1:06-CV-00196 (RCL) |

**DEFENDANT'S MOTION TO STAY DISCOVERY**

Defendant TSYS Total Debt Management, Inc.[1] ("TDM") respectfully moves this Court for an Order staying discovery pending the resolution of TDM's Motion to Dismiss. As explained in the memorandum of points and authorities in support of this Motion, Plaintiff apparently is seeking discovery from TDM, serving a subpoena form on TDM's counsel and filing a "Plaintiff's Motion Request to Subpoena Duces Tecum After Motion Request to Enter Discovery But Before Summary Judgment Has Been Entered." Discovery should be stayed pending resolution of the Motion to Dismiss because TDM's Motion to Dismiss will completely dispose of this action. This Court has, under similar circumstances, stayed discovery in at least one of the several related actions Plaintiff has filed in this Court. Accordingly, the Court should stay discovery in this action pending resolution of the Motion to Dismiss.

---

[1] Plaintiff's Complaint incorrectly identified Defendant as "Total Debit Management." The legal name of the Defendant corporate entity is TSYS Total Debt Management, Inc.

        Respectfully submitted,

         /s/ Daniel L. Russell Jr.
        Daniel E. Johnson (No. 375692)
        Daniel L. Russell Jr. (No. 491655)
        McKenna Long & Aldridge LLP
        1900 K Street, N.W.
        Washington, D.C.  20006
        Tel:  (202) 496-7500
        Fax:  (202) 496-7756

        Attorneys for Defendant
        TSYS Total Debt Management, Inc.

July 28, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via First Class mail, postage prepaid, this 28th day of July 2006 to:

> Samuel L. Clemmons
> 548 Saint Charles Pl.
> Brookhaven, MS 39601

>   /s/ Daniel L. Russell Jr.
>   Daniel L. Russell Jr.