UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CASE NO. 1:06-CV-00196 (RCL) |
| v. | ) | |
| | ) | |
| TSYS TOTAL DEBT MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Stay Discovery, and any opposition thereto, the Court being of the opinion that, for good cause shown, the Motion should be granted, it is hereby

ORDERED that Defendant's Motion to Stay Discovery is GRANTED.

It is further ORDERED that discovery in this action is stayed pending resolution of Defendant's Motion to Dismiss.

SO ORDERED this _____ day of _____, 2006.


_____
United States District Court Judge


Copies to:

Daniel E. Johnson
Daniel L. Russell Jr.
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601