**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>06CV00196(RCL)</u>

V

TOTAL DEBIT MANAGEMENT, INC.
6366 Corley Road
Norcross, GA 30091-6700

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the 17th of July 2006, I mailed a certified true copy of the **PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED** by certified first class mail with a return receipt # **7005 1820 0007 3370 8362** .

The Defendant received such copies by certified first class mail with a return receipt requested, to the Defendant's counsel McKenna, Long, & Aldridge. Attached hereto is the green card acknowledging service.

**RECEIVED**

AUG 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[Attached USPS PS Form 3811 Domestic Return Receipt:
- Article Addressed to: McKenna Long & Aldridge, 900 K. Street NW, Washington, DC 20006
- Signature: R. Lore (Agent)
- Received by: R. Lore
- Date of Delivery: 7/24/06
- Service Type: Certified Mail
- Article Number: 7005 1820 0007 3370 8362]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31ST day of July 2006, a true copy of the **PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGEMENT HAS BEEN ISSUED** was served by regular mail concerning case # 1:06CV00196 (RCL):

To: Defendant's Counsel

McKENA LONG & ALDRIDGE
1900 K. STREET NW
WASHINGTON, DC 20006

And

By FedEx Express Service to:
**Tracking #: 8573 0084 4813**

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601