UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff | ) | 1:06-CV-00196 (RCL) |
| | ) | |
| vs. | ) | September 11, 2006 |
| | ) | |
| TOTAL DEBIT MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF ENTER "FINAL" MOTION REQUEST TO ADD EXHIBIT # 6 INTO THE RECORD AFTER PLAINTIFF'S OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY

Comes the Plaintiff wishes to add one more final **Exhibit # 6** to the record before the record is close for the court to see and understand the Defendant's business operation and understand that the Defendant is fully capable and able to pay for the full face value of this lawsuit after taxes per the Plaintiff's requests for making such frivolous statements under a federal investigation against the Plaintiff.

**Exhibit # 6** will show the court that such Defendant's business is a collection agency who is suppose to be held and responsible for obeying the Federal Debt Collection Practice Act and is fully knowledgeable on how to recover from others who may have fallen into collection or others who may have given creditors false information regarding their ability to pay for a debt or

RECEIVED
SEP 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

a crime they have committed such as this recovery for the crime the Defendant is now fully known for committing in this court of law.

The Plaintiff once again is attaching such order attached in the record requesting the court to bring this case matter to a close by granting the Plaintiff his Motion Requests for Summary Judgment against the Defendant's Motion request to dismiss that this court has not granted after the Plaintiff entries and showing of good cause through and by means of valid Exhibits by Affidavit of Service.

The Plaintiff has given the Defendants every opportunity to come forth with all truth information to release the Defendants from this lawsuit through methods or attempts to Subpoena Duces Tecum. Once again the Defendants have failed to provide the court with anything showing good cause why this lawsuit should be dismissed.

I (the Plaintiff) rest and place this **Exhibit # 6** and **ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment in whole.

Once again as always when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed.Rules Civ.Proc. Rule 217k2406(2) and the Total Debt Management, Inc.'s Code of Business Conduct and Ethics, Section (Good Faith Reporting of Wrongdoing).** See case law: _Anthony v. United States_, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that

Sam Clemmons vs. Total Debt Management (Wallace & Demayo). 6366 Corley Road, Norcross, Georgia 30091 –

there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to support the plaintiff's claim; therefore, case law to consider: <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. The Defendant Commercial Business Policy Insurance Company under Crime Insurance Policy, provided by the defendant (hereinafter the "Employers' Liability and Fiduciary Duty of the employer or employee", and therefore the defendant has sustained no loss in this action, nor did the plaintiff cause any hurt or harm to the defendant, the defendant caused this action or judgment upon itself (The Employer which is TSYS, Total Debt Management).

Respectfully Submitted,

Sam L. Clemmons, Plaintiff *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

**Attachments**:

1. **Exhibit # 6:** Six pages of factual information on the Defendant's business practices.
2. **ORDERS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | 1:06-CV-00196 (RCL) |
| vs. ) | |
| ) | September 11, 2006 |
| TOTAL DEBIT MANAGEMENT, INC. ) | |
| Defendant ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment after entering confirmed facts against the Defendant's Motion requests to Dismiss. The Plaintiff has demonstrated good cause shown by means of Exhibits and on timely responses.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that the Defendant's Motion requests to Stay Discovery is DENIED, it is also ORDERED that the Defendant's Motion requests to dismiss be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment is **GRANTED**.

SO ORDERED this _____ day of_____ 2006

_____
United States District Court Judge

Copies to:

2

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Daniel E. Johnson
Daniel L. Russell, Jr.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006