# VuPoint™

Creditors strive to improve their internal recovery and collection processes as well as the performance of vendors, but too often must rely on monthly or quarterly reports to manage performance. VuPoint™ (VuPoint) provides daily reports to allow instant action before problems begin.

VuPoint is the definitive industry benchmarking and performance-tracking software. It opens a window into the daily activity of outside collection agencies and internal collection and recovery departments. The VuPoint software system is designed to track the performance and activity of accounts in collection and to monitor the overall effectiveness of individual agencies or associates using a variety of tools including color-coded maps, spreadsheets and graphs.

VuPoint is a product of Total Debt Management, Inc. whose vision is that the software is that it will become the industry standard by which all collection performance – whether vendor or creditor – is measured.

VuPoint provides a single source database, which will allows creditors to:
- Quantify competitive performance.
- Manage agencies or associates in real time to produce the highest liquidation – rewarding top performers and pinpointing problem areas for improvement in low performers.
- Analyze results nationally, regionally, by state and by county.
- Determine best practices for accounts receivables.
- Access future industry standard benchmarking data.

VuPoint was designed as a flexible tool that can accommodate an ever-changing market and client needs. In keeping with the VuPoint vision of being the benchmarking leader, the product is subject to on-going internal review and revision. We continue, with our clients' help, to define new roles for the software, analyze results, set controls, measure and then improve processes. Because of the flexibility of the system, internal and client suggested enhancements can be rapidly developed and incorporated into the system if appropriate for all users. Ad hoc reports can be created within one to five days.

The following slide illustrates VuPoint's ability to show performance on a national basis for all accounts placed. A color- coded map is generated which will display the results of the selected variable. The user can chose from a list of different variables including accounts placed, dollars placed, liquidation rates, type of placement or by specific agency. Additional national information on productivity, performance, quality and inventory are available by clicking on the buttons entitled " Performance Graphs", "Batch Reports" and "Activity Reports".



At the state level, VuPoint provides the user with the capability of further analyzing portfolio performance and productivity. All the information and reporting that is available on a national basis is also provided at the state level.





**TSYS**
Total Debt Management, Inc.

P.O. Box 6700, Norcross, Georgia 30091-6700

770\446-9996
800\536-7900
Facsimile 770\368-8332

## Brief Company History

TSYS Total Debt Management was founded in 1979 as Wallace & deMayo, P.C. The partnership between Doug Wallace and Richard deMayo began when they realized the need for a solution to the nation's growing consumer debt problems. The company was created and designed to "represent the best interest of the client", thus integrating the legal and agency collection aspects into a comprehensive service for the credit industry.  Wallace & deMayo was acquired by Synovus Financial Corporation in October of 1999. Prior to that acquisition, Wallace & de Mayo was the largest collection and bankruptcy management firm in the United States.

TSYS Total Debt Management is now the leading provider of receivable management services to retail, bankcard, commercial, and student loan creditors. The firm promotes and demonstrates 'ethical and effective collections', while maintaining a strong position in the industry. Currently we have over 250 employees operating from our Norcross, GA location. We offer the collection of consumer and commercial accounts (pre and post charge off), bankruptcy processing, legal collection management services, and proprietary collections management software. Our major clients include GE Capital, Citigroup, Bank of America, Capital One, Chrysler Financial and other major lenders. Over $1 billion in placements were made in the 1998 year.

A few of the products and services TSYS Total Debt Management provide are; National Attorney Network (NAN), Information Services, Bankruptcy processing, and Collections including pre-charge off/early out, recovery, and skip tracing.



**TSYS**
Total Debt Management, Inc.

P.O. Box 6700, Norcross, Georgia 30091-6700

770\446-9996
800\536-7900
Facsimile 770\368-8332

**NAN:**

NAN facilitates the placement of collection files from a creditor to their attorneys through a disciplined electronic process. NAN also supplies creditors with a one-stop information resource for reporting and managing the activities of all attorneys through a defined set of standards. This has the effect of creating one model of operation for the creditor's Collection Attorneys. NAN also provides each client with a team of Legal Collection Experts to assist the client in managing their legal portfolio and provide expertise and guidance to staff. Two sections, Compliance and Client Services define the NAN department.

**Bankruptcy:**

We offer complete electronic processing, imaging and document storage for bankruptcy program, nationwide. TDM has developed a unique process that meets strict compliance standards and efficiently tracks the processing of bankruptcy claims from first notice to creditors to dismissal or discharge.

Once a creditor receives a petition, the paperwork is shipped to TDM. From that time forward, TDM is prepared to handle all activities regarding the bankruptcy. The mailroom receives and electronically documents the receipt. This initiates a process that updates all accounts on the client's system and starts a tracking process that validates the claim, and if valid, tracks the claim throughout the bankruptcy process.

TDM BK provides creditors the avenues to outsource collection of claims in Chapter 13 bankruptcies or through NAN in the case of dismissed claims.



**TSYS**
Total Debt Management, Inc.
P.O. Box 6700, Norcross, Georgia 30091-6700

770\446-9996
800\536-7900
Facsimile 770\368-8332

**Collections:**

We are an Early-out and Recovery Collections service for both consumer and commercial collections as a third party collection operation that specializes in pre-legal collections for both pre-charge off and recovery. Our operation utilizes both manual and automated calling strategies, employing a 150 seat dialer, a state of the art proprietary collection software, online skip tracing tools and over 50 years combined collection experience in long term upper management, TDM has consistently remained at the top of competitive rankings for collections.

In tandem with the collections operation, TDM is linked to all the other areas of the company. Bankruptcy and NAN are run from the same system set up. TDM enables clients to have a seamless connection to other backend operations.

In addition to this connectivity, all accounting areas are centralized. This means that a client using NAN and TDM can choose to receive remittances through EFT from all three areas as one.

**Training:**

* An FDCPA test is administered before collectors are allowed to collect.
* A training supervisor handles training in the classroom and on the job.
* Collection procedures and situations a collector might encounter are discussed during the training process.
* After a week of training collectors are ready to make collection calls.
* Collectors are monitored for quality, professionalism, procedure compliance, and other areas of concern.
* Collectors are coached and counseled on results of these monitoring sessions and goals are set.
* Supervisor(s) and Trainer(s) continue on-the-job training to aid collectors in fine-tuning their skills.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 12th day of September 2006, a true copy of the PLAINTIFF ENTER "FINAL" MOTION REQUEST TO ADD EXHIBIT # 6 INTO THE RECORD AFTER PLAINTIFF'S OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY** was served by regular mail concerning case # 1:06CV00196 (RCL):

To: Defendant's Counsel

Daniel E. Johnson
Daniel L. Russell, Jr.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

And


District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601