UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>　　　　　Plaintiff )<br>)<br>　　v. )<br>)<br>TSYS TOTAL DEBT MANAGEMENT, INC. )<br>)<br>　　　　　Defendant. )<br>_____) | CASE NO. 1:06-CV-00196 (RCL) |

## ORDER

Upon consideration of Plaintiff Enter "Final" Motion Request to Add Exhibit #6 into the Record After Plaintiff's Opposition to Defendant's Response Against Plaintiff's Motion Request to Subpoena Duces Tecum and Defendant's Continue Motion Request to Dismiss and Now Motion Request to Stay Discovery ("Plaintiff's Motion") [20], and Defendant's opposition thereto, the Court being of the opinion that the Motion should be denied, it is hereby

ORDERED that Plaintiff's Motion [20] is DENIED.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

Copies to:

Daniel E. Johnson
Daniel L. Russell Jr.
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

Samuel L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39601