UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,           )<br>                                         )<br>        Plaintiff,                 )<br>                                         )<br>    v.                                   )         Civil Action No. 06-00196 (RCL)<br>                                         )<br>TOTAL DEBIT MANAGEMENT, INC.  )<br>                                         )<br>        Defendant.              )<br>                                         ) | |

## ORDER

Defendant filed, on March 27, 2006, a motion [5] to dismiss this action for failure to state a claim upon which relief can be granted. Plaintiff's allegation that defendant violated 18 U.S.C. § 1001 must be dismissed since it is a federal criminal statute that does not provide a private right of action. Plaintiff also attempts to state a claim for slander or defamation, but any such claims is barred by the statute of limitations since the alleged comments were made in 2000.

Plaintiff did not comply with this Court's Order of March 28, 2006. Instead, plaintiff filed motions to enlarge time to seek irrelevant discovery on April 10 [10] and July 18 [13, 14]. Plaintiff's motions are DENIED.

Defendant moved [16] for a stay of discovery, which is GRANTED, *nunc pro tunc*.

Plaintiff moved [20] for leave to file additional evidence on September 15, 2006. This motion is also DENIED.

Defendant's motion to dismiss is GRANTED.

Defendant shall have 30 days from this date to file its motion for sanctions pursuant to

Rule 11 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.