UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

SAM L. CLEMMONS
Plaintiff

vs.   Civil Action No. 1:06CV00196 (RCL)

TOTAL DEBT MANAGEMENT, ETAL
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __14TH__ day of __MAY__, 20__07__, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the __14TH__ day of __MAY__, 20__07__ in favor of DEFENDANT (TOTAL DEBT MANAGEMENT, ETAL) against said PLAINTIFF (SAM L. CLEMMONS)

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

MCKENNA LONG & ALDRIDGE
1900 K. STREET, N.W.
WASHINGTON, DC 2006

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT