# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# DEFAULT /
# FAILURE TO
# COOPERATE

_SAM L. CLEMMONS_
　　　　　　　Plaintiff

VS.

Civil Action No. _1:06CV00196 (RCL)_

_TOTAL DEBT MANAGEMENT, ET AL_
　　　　　　　Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14th_ day of _MAY_ , 20_07_ , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _14th_ day of _MAY_ , 20_07_

in favor of _DEFENDANT ( TOTAL DEBT MANAGEMENT, ET AL)_

against said _PLAINTIFF (SAM L. CLEMMONS)_

_Sam L. Clemmons_
　　　　　Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**　　　Please mail copies of the above Notice of Appeal to the following at the addresses
　　　　　　　indicated:

_MEKESIA LONE : ALDRIDGE_
_1900 K. STREET, N.W._
_WASHINGTON, DC 20006_　**RECEIVED**

MAY **1 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT