UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 16 2007

RECEIVED

# IN THE UNITED STATES DISTRICT COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS            )   CIVIL ACTION NO:
    Petitioner             )
                           )   07-7106
vs.                        )
                           )
TOTAL DEBT MANAGMENT, et al., )   1:06CV00196
    Respondent(s)          )
                           )   REVISED COPY
                           )
                           )

ORIGINAL

## PETITIONER'S MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS IN A CASE WHERE THE DEFENDANT FAILED TO COOPERATE

Come now the Petitioner file this motion for leave to proceed on appeal in Forma Pauperis after filing the Plaintiff's Affidavit in support of the Petitioner's appeal before the United States Court of Appeal in nature to "Complaint of Misconduct" or Complaint of Disability". Please review previous submission to prevent another submission on the record.

The Petitioner is requesting from the Deputy Clerk and the Court a waiver for filing this docket fee due to the facts that the Petitioner has already paid a filing fee in the U.S. District Court and received no justice, relief or Due Process of Law according to the United States Constitution. This is a proven fact that such was not granted. The Petitioner is requesting that such filing fee to be waived until after the Petitioner has proven wrongdoing by the trial court in not honoring and accepting the Federal Rules of Civil Procedures and not honoring the Freedom of Information Act and Privacy Act until such date is set for the U.S. Attorney General to receive his report concerning all pending Freedom of Information Act and Privacy Act lawsuits that are pending in litigation. (See attached affidavit of Service already submitted for the record) Therefore, the Petitioner is requesting to put up a **security** under an **IOU** from another case that

RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

has been in default since March 3, 2006 with interest is accruing daily that is still pending payment as of this date. Therefore, poverty cannot apply when someone or a party owe you a debt in the amount of $300,000.00 or more.

Therefore the Petitioner feels that poverty is not the issue here but cases that are in default and has been illegally removed out of default is a serious issues which the U.S. Court of Appeal should amend for correction and such docket fee will be paid if needed or necessary by the Petitioner.

The Petitioner feels that the Court will find errors made on behalf of the trial court and the court will find intentional errors by the trial court as well as failures to cooperate by the Defendants or Respondent and failures by the trial court to compel the Defendant or Respondent to cooperate with and in accordance with the Federal Rules of Civil of Procedures. These violations should be overturned in favor of the Petitioner that is the genuine reasons why the Petitioner filed this appeal under the term or statue of **IOU**.

The Court of Appeal will find that the Defendant(s) or Respondent (s) was accurately served such summons and complaint and just failed to appear to prevent from being prosecuted which should have placed such Defendant or Respondent in automatic default in which the presiding judge intentionally overlooked and intentionally went in to alter the docket by removing such default so that the Plaintiff would not prevail. This alone is an act of **misconduct** and many issues thereafter which needs to be addressed first within the court in other places outside the court.

The Court of Appeal will find that the Petitioner provided substantial evidence to validate his claim and acted in accordance and within the Federal Rules of Civil Procedures.

The Court of Appeal will find out that the Defendant or Respondent never proved or supported its dispositive motion with substantial evidence to justify why case should be dismissed.

The Court of Appeal will see and find out that the Respondent failed to cooperate after being served properly and if such Defendant or Respondent did response. The Court of Appeal will see that such defendant failed to cooperate based on the Admission, Interrogatories and Subpoena Duce Tecum served upon them in accordance with the Federal Rules of Civil Procedures.

The Court of Appeal will see that the Petitioner never received such standard of summary judgment the Petitioner was entitled to and will see that the Petitioner never received anything thereafter when such case was closed or terminated with an intentional act to prevent and deny the Petitioner his rights under the Due Process of Law to file a timely appeal. This was an intentional tort act to cause miscarriage of justice to prevent the Petitioner from ever prevailing according to Federal Rules of Civil Procedures.

The U.S. Court of Appeal will see and find out that this is the Petitioner's true enemy that the Petitioner has brought before this court and based on the evidence that will be reveal to the Court, the Court will see and find out that the Petitioner did no harm or wrong to anyone. The Respondent or Defendant caused such harm upon his, her or themselves.

The U.S. Court of Appeal will find that the Petitioner offered to reissue of summons allowing the Respondent another opportunities to redeem themselves, but such offer was not granted which now such record or docket should be amended in favor of the Petitioner.

The U.S. Court of Appeal will see and find out based on the activity of the docket and the Petitioner requests for the records sought under the Freedom of Information Act and Privacy

Act, the U.S. District Court made no effort through an order to delete any wrongful marks or derogatory remarks against the Petitioner these are true signs of wrongdoing when no such person or agency cannot justify their illegal statements or actions administrated against the Petitioner to cause this action or case in this court.

The U.S. Court of Appeal will see that the Petitioner filed everything timely and gave such Respondent or Defendant a fair but equal opportunity to comply outside of court and inside of court. It was the Respondent or the Defendant who failed to comply or cooperate.

The U.S. Court of Appeal shall see why the Petitioner feels that this case has been fully briefed by the Petitioner and why the Petitioner continue to demand a jury trial according to the Petitioner's constitution rights if needed or necessary.

The U.S. Court of Appeal shall see that the U.S. District Court for the District of Columbia or the Respondent should be responsible for both court filing fees and not the Petitioner.

Therefore, due to the debt owe to the Petitioner after the Petitioner has filed such filing fee in the U.S. District Court that is fully documented in certain cases that the Petitioner is requesting such judgment fund to be used to pay off such docket fee as the Petitioner has stated and presented in this entry request before the Court. Therefore, such docket fee should be deducted from the amount payable from the judgment fund of case number **1:06-cv-00115.** Once again, the court will find that this case has been in default for over a year and such debt need to be paid immediately so that other business in the court can be paid.

If such request is denied the Petitioner will pay such fee if such order can be given that the Petitioner will be granted his demand jury trial as pervious requested in the U.S. District Court in which such court denied violating the Petitioner's rights to a jury trial according to the United States Constitution.

In interim, the Petitioner will still submit the Motion for Leave to Proceed on Appeal in Forma Pauperis, Affidavit in Support of Motion and Judgment Fund Award Data Sheet (FMS 196). These documents should establish a waiver per the court's order and established security to pay in hope that the court's business can proceed accordingly.

Respectfully submitted,

*[signature]*

CLEMMONS' ESTATE
C/o SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
866-409-7758

**Attachment: Motion for Leave to Proceed on Appeal In Forma Pauperis**