UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-196 (RCL) |
| ) | |
| TOTAL DEBIT MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's motion [28] for leave to proceed *in forma pauperis*, transmitted to this Court by the Court of Appeals, plaintiff's motion [28] is DENIED. Plaintiff set forth no financial information whatsoever, and there is no basis to saddle the taxpayers with this burden. Moreover, any appeal would be frivolous and not taken in good faith.

The Clerk shall promptly transmit a copy of this Order to the Court of Appeals.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 8, 2007.